**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON GRAND JURY 2016-01**
**OCTOBER 3, 2017 SESSION**



FILED
OCT - 3 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:17-00172
     8 U.S.C. § 1326(a)

**ROGELIO HERRERA-HERNANDEZ**

### I N D I C T M E N T

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

   1.  On or about September 1, 2009, defendant ROGELIO HERRERA-HERNANDEZ, an alien, was found in Charleston, West Virginia, and was subsequently removed from the United States on or about September 25, 2009.

   2.  On or about December 10, 2009, defendant ROGELIO HERRERA-HERNANDEZ, an alien, was found in Laredo, Texas, and was subsequently removed from the United States on or about December 10, 2009.

   3.  On or about December 11, 2009, defendant ROGELIO HERRERA-HERNANDEZ, an alien, was found in Laredo, Texas. Defendant ROGELIO HERRERA-HERNANDEZ was convicted in United States Magistrate Court, Southern District of Texas, Laredo Division, of the misdemeanor offense of Improper Entry by an Alien, in violation

of 8 U.S.C. § 1325(a)(1), on December 14, 2009. Defendant ROGELIO HERRERA-HERNANDEZ was subsequently removed from the United States on or about December 15, 2009.

4. On or about September 18, 2017, at or near Ripley, Jackson County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ROGELIO HERRERA-HERNANDEZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                                  CAROL A. CASTO
                                  United States Attorney

By: _____
      ERIK S. GOES
      Assistant United States Attorney